UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| RYAN KENNETH DEMERS-WALLER ) | CASE NO. 19-01751-JMC13 |
|     Debtor. ) | |

**OBJECTION TO AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY**

    Comes now Debtor, by counsel, and in support of this objection to the Amended Motion for Relief from Automatic Stay by Honda Lease Trust and states the following:

    1.  On March 20, 2019, the above-captioned Debtor commenced the proceeding under Chapter 13 of Title 11 of the United States Bankruptcy Code.

    2.  Pursuant to the Creditors Motion, the lease has matured since case filing.

    3.  Debtor desires that the stay remain in effect in allowing him to treat and purchase the auto through the Chapter 13 plan.

    4.   For the foregoing reasons the Motion for Relief from Stay should be denied and that the matter be heard at hearing.

    WHEREFORE, the Debtor objects to Motion for Relief from Stay and request all other relief just and proper in the premises.

Respectfully Submitted,

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN  46204
Filings@mszlaw.com

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing postage prepaid, this 28th day of May 2019.

U.S. Trustee
Chapter 13 Trustee
Molly Slutsky Simons Esq.
Debtor

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg